HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CARLOS ENRIQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ENRIQUEZ,<br><br>Defendant | No.  1:11-cr-00354 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, CARLOS ENRIQUEZ, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On April 28, 2014, this Court sentenced Mr. Enriquez to a term of 140 months imprisonment;

3. His total offense level was 29, his criminal history category was V, and the resulting guideline range was 140 to 175 months;

4. The sentencing range applicable to Mr. Enriquez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Enriquez' total offense level has been reduced from 29 to 27, and his amended guideline range is 120 to 150 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Enriquez' term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated:  June 2, 2016

PHILLIP A. TALBERT
Acting United States Attorney

 /s/  *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   June 2, 2016

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
CARLOS ENRIQUEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Enriquez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 120 to 150 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2014 is reduced to a term of 120 months. In no event is this Order to be understood as authorizing a term of imprisonment less than the term actually served as of the date of this order.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an AO Form 247 reflecting the above reduction in sentence, and shall serve certified copies on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Enriquez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  **June 3, 2016**                     /s/ Lawrence J. O'Neill
                                             UNITED STATES CHIEF DISTRICT JUDGE